No. 671. UNITED GAS IMPROVEMENT CO. ET AL. *v.* CALLERY PROPERTIES, INC., ET AL.;

No. 678. PUBLIC SERVICE COMMISSION OF NEW YORK *v.* CALLERY PROPERTIES, INC., ET AL.;

No. 714. OCEAN DRILLING & EXPLORATION CO. *v.* FEDERAL POWER COMMISSION ET AL.; and

No. 756. FEDERAL POWER COMMISSION *v.* CALLERY PROPERTIES, INC., ET AL. C. A. 5th Cir. Motion of Consolidated Edison Co. of New York, Inc., et al., for leave to file a brief, as *amici curiae,* in No. 671, granted. Certiorari granted. Cases consolidated and a total of four hours allotted for oral argument. *William T. Coleman, Jr., Samuel Graff Miller, Richardson Dilworth, Harold E.*

932

Kohn, Bertram D. Moll and Vincent P. McDevitt for United Gas Improvement Co. et al., petitioners in No. 671. Kent H. Brown and Morton L. Simons for Public Service Commission of New York, petitioner in No. 678 and respondent in No. 714. J. Evans Attwell, J. A. O'Connor, Jr., and H. Y. Rowe for Ocean Drilling & Exploration Co., petitioner in No. 714 and respondent in Nos. 671, 678 and 756. Solicitor General Cox, Frank Goodman, Richard A. Solomon, Howard E. Wahrenbrock and Josephine H. Klein for the Federal Power Commission, petitioner in No. 756. Solicitor General Cox, Richard A. Solomon, Howard E. Wahrenbrock and Josephine H. Klein for the Federal Power Commission, respondent in No. 714. Richard F. Generelly for Callery Properties, Inc., respondent in Nos. 671, 678 and 756. Robert W. Henderson, Thomas G. Crouch and Paul W. Hicks for Sands et al., respondents in Nos. 671, 678 and 756. Herbert W. Varner, Murray Christian and Roland B. Voight for Superior Oil Co., respondent in Nos. 671, 678 and 756. Chauncey P. Williams, Jr., Edward S. Kirby, James R. Lacey, Edwin F. Russell, Harry G. Hill, Jr., and Barbara M. Suchow for Consolidated Edison Co. of New York, Inc., et al., as amici curiae, in support of the petition in No. 671.